Affidavit in Support of
an Application for a Complaint

I, Jeffrey J. Lawrence, state as follows:

Introduction

1. I make this affidavit in support of an application for a federal criminal complaint charging ALEXANDER CICCOLO ("CICCOLO") with being a felon in possession of a firearm which has traveled in interstate commerce in violation of 18 U.S.C. § 922(g) in Adams, Massachusetts, on July 4, 2015.

Agent Background

2. I am a special agent with the Federal Bureau of Investigation (FBI) and have been employed by the FBI since November of 2006. From 2002 to 2006 I was employed as a special agent with the United States Treasury Department. From 1996 to 2002 I was employed as a state trooper with the Vermont State Police and from 1995 to 1996 as a police officer with the Burlington, Vermont Police Department.

3. Over the course of my employment as a Police Officer, I have conducted and participated in hundreds of criminal investigations which have resulted in arrests for crimes involving homicide, controlled substance violations, firearms violations, manslaughter, home invasion, larceny, assault and battery with a dangerous weapon, breaking and entering, embezzlement, and armed robbery. Many of these crimes resulted in subsequent convictions in State and Federal Courts.

4. I also have written and executed or participated in the planning and execution of State and Federal search warrants which have led to the arrest and conviction of many individuals. These search warrants have resulted in my testimony in State and Federal Courts in Massachusetts and Vermont.

5. As a FBI Agent, I have participated in the planning of Search Warrants and Title III affidavits and applications which have led to the interception of wire and electronic communications and the arrest and conviction of individuals in Massachusetts State and Federal Court.

6. I am currently assigned to the FBI Joint Terrorism Task Force located in Springfield, Massachusetts and have participated in investigations relating to international and domestic terrorism.

7. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint.

## Basis of Probable Cause

### Criminal Conviction

8. According to the criminal docket in case 1428CR000380 in Northern Berkshire District Court, 111 Holden Street, North Adams, MA, on February 17, 2015, CICCOLO was convicted of operating a motor vehicle under the influence of liquor in violation of Massachusetts General Laws ("MGL") Chapter 90, Section 24(1)(a)(1). The maximum penalty for a violation of MGL Chapter 90, Section 24(1)(a)(1) is imprisonment for 30 months. *18 USC § 922(g)(1) makes it unlawful for a person who has been convicted in any court*

### Possession of Firearms
*for a crime punishable by imprisonment for a term exceeding one year to possess a firearm within interstate commerce.*

9. On July 4, 2015, I and other members of the FBI Joint Terrorism Task Force (JTTF) arrested CICCOLO, in Adams, Massachusetts as he was walking and carrying a duffel bag containing four firearm, including:

   a. Glock 17, 9mm pistol bearing serial number AEN683 US

    b. Glock 20, 10 mm pistol bearing serial number WY243UD

    c. Colt AR-15 rifle, .223 caliber serial number 014865

    d. SigArms Model SG550-1, 5.56 caliber rifle serial number 300294

10. All of the firearms possessed by CICCOLO on July 4, 2015, previously had traveled in interstate commerce.

11. CICCOLO previously had ordered the firearms from a confidential human source ("CHS") working with the FBI. On July 4, 2015, at CICCOLO's request, the CHS delivered the firearms to CICCOLO in Adams, MA. CICCOLO was arrested after he met with the CHS, took delivery of the firearms that he had ordered and was walking away carrying the firearms.

_/s/ Jeffrey J. Lawrence_
Jeffrey J. Lawrence
Special Agent, FBI.

Subscribed and sworn to before me on July 4th, 2015 in Shelburne, Massachusetts.

_/s/ Katherine A. Robertson_
Katherine A. Robertson
United States Magistrate Judge

3