UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 15mj 3054 (KAR) |
| ALEXANDER CICCOLO, | ) |
| | ) |
| Defendant. | ) |

GOVERNMENT'S MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. Section 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because it involves (check all that apply):

   \_\_\_\_\_ Crime of violence under 18 U.S.C. Section 3156 (18 U.S.C. § 3142(f)(1)(A))

   \_\_\_\_\_ Maximum sentence life imprisonment or death (18 U.S.C. § 3142(f)(1)(B))

   \_\_\_\_\_ 10 plus years drug offense (18 U.S.C. § 3142(f)(1)(C))

   \_\_\_\_\_ Felony, with two prior convictions in above categories (18 U.S.C. § 3142(f)(1)(D))

   \_\_x\_\_ Felony involving minor victim, possession or use of a firearm, or failure to register as a sex offender (18 U.S.C. § 3142(f)(1)(E))

   \_\_x\_\_ Serious risk defendant will flee (18 U.S.C. § 3142(e)(1))

   \_\_\_\_\_ Serious risk of obstruction of justice (18 U.S.C. § 3142(e)(1))

2. <u>Reason for Detention</u>. The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

__x__ Defendant's appearance as required

__x__ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States will not invoke a rebuttable presumption against the defendant under Section 3142(e)(2).

4. <u>Time for Detention Hearing</u>. The United States requests the Court conduct the detention hearing:

_____ At first appearance

__x__ After continuance of 3 days (not more than 3)

5. <u>Witnesses</u>. The United States intends to call the following witnesses: The United States intends to rely on a proffer of the evidence supporting the above-captioned indictment and a summary of the Defendant's criminal history.

<i><u>/s/ Deepika Bains Shukla</u></i><br>
KEVIN O'REGAN (MA678347)<br>
DEEPIKA BAINS SHUKLA (NY4584009, CT434931)<br>
Assistant United States Attorneys<br>
300 State Street, Suite 230<br>
Springfield, MA 01105<br>
413-785-0237<br>
deepika.shukla@usdoj.gov

## Certificate of Service

DATED: July 6, 2015

I hereby certify that I served this document via hand delivery to David Hoose, Esq., counsel for the defendant, on July 6, 2015.

By:  */s/ Deepika Bains Shukla*
       DEEPIKA BAINS SHUKLA