UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 15-cr-300 /8 - MGM |
| ) | |
| v.                                                 ) | VIOLATIONS |
| ) | |
| ) | 18 U.S.C. § 922(g)(1) – Prohibited Person in |
| ) | Possession of Firearm (Count One) |
| ALEXANDER CICCOLO,              ) | |
| a/k/a Ali Al Amriki,                     ) | |
| ) | 18 U.S.C. §§ 111 and 111(b) – Assault with a |
| ) | Dangerous Weapon Causing Bodily Injury |
| ) | (Count Two) |
| Defendant.                             ) | |

## INDICTMENT

The Grand Jury charges:

COUNT ONE:   Title 18, United States Code, Section 922(g)(1) – Possession of a Firearm by a Prohibited Person

1. On or about July 4, 2015, in Berkshire County, in the District of Massachusetts,

ALEXANDER CICCOLO,
a/k/a Ali Al Amriki,

defendant herein, did knowingly possess the following firearms:

1. .223 Colt AR-15 rifle;

2. 556 Sig Arms SG550 rifle;

3. 9 mm Glock 17 handgun; and

4. 10 mm Glock 20 handgun.

in and affecting interstate commerce, after having been convicted in a court of a crime punishable by imprisonment for a term in excess of one year.

All in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO:        Title 18, United States Code, Sections 111(a)(1) and 111(b) – Assault with a Dangerous Weapon Causing Bodily Injury

2. On or about July 4, 2015, in Franklin County, in the District of Massachusetts,

ALEXANDER CICCOLO,
a/k/a Ali Al Amriki,

defendant herein, did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with a nurse at the Franklin County Correctional Facility, a person assisting an officer and employee of the United States and of an agency in a branch of the United States Government, in the performance of official duties, and on account of that assistance, while said nurse was engaged in and or on account of the nurse's official duties.  ALEXANDER CICCOLO, a/k/a Ali Al Amriki, did further commit the offense described herein by use of a deadly and dangerous weapon, to wit a pen, and did inflict bodily injury.  Accordingly, Title 18, United States Code, Section 111(b) applies to this count.

All in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Kevin O'Regan
Assistant U.S. Attorney

Deepika Bains Shukla
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed on July 23, 2015.

_____
DEPUTY CLERK OF THE COURT