UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 15CR-30018-MGM |
| ALEX CICCOLO | |
| a/k/a Ali Al Amriki | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S OPPOSITION TO MOTION OF BOSTON GLOBE TO INTERVENE AND FOR RECONSIDERATION

Now comes the defendant in the above captioned matter and requests that this Honorable Court deny the Motion of the Boston Globe to Intervene and for Reconsideration of the Court's earlier order permitting a pixilated version of the defendant's interview to be substituted for the original that was offered at the defendant's detention hearing on July 8, 2015.

The Government's opposition lays out a compelling case that the use of the defendant's likeness would be used as a recruiting tool by ISIL. Having said that, the defendant takes no position on whether such is in fact the case. The defendant does take the position however, that IF in fact it is used in such a fashion, that fact will likely be referenced by the Government at the time of sentencing should the defendant be convicted as grounds for an enhanced sentence. This, the defendant contends would be unfair and improper.

The defendant also contends that given the fact that he is in custody, further circulation of his likeness in this video would expose him to an increased likelihood of violence at his place of incarceration. As the court is well aware, all prisons have a hierarchy which is often incomprehensible to those who do not reside therein.

Counsel has been informed and believes that persons accused of terrorism offenses are very low in the prison hierarchy and likely to be the subject of assault and /or ridicule by other prisoners and perhaps correctional staff as well.

The decision to permit a minimally altered version of the original recording is a reasonable compromise and does not run afoul of the law of this circuit. *FTC v. Std. Fin. Mgmt. Corp.*, 830 F.2d 404 (1st Cir. 1987).

Respectfully Submitted,
THE DEFENDANT,

By /s/ David P. Hoose

DAVID P. HOOSE,  BBO# 239400
SASSON, TURNBULL, RYAN & HOOSE
100 Main Street, 3rd Floor
Northampton, MA 01060
(413) 586-4800

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this Opposition to Motion of Boston Globe to Intervene and for Reconsideration, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ David P. Hoose
David P. Hoose, Esq.

1