

**U.S. Department of Justice**

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*
*Facsimile:       (413) 785-0394*

*United States Courthouse*
*300 State Street, Suite 230*
*Springfield, Massachusetts 01105-2926*

July 22, 2016

FILED VIA ECF WITHOUT ENCLOSURES

<u>Via Overnight Mail</u>
David Hoose, Esq.
Sasson, Turnbull, Ryan & Hoose
100 Main Street, 3rd Floor
Northampton, MA 01060

    Re:   <u>United States v. Alexander Ciccolo, a.k.a. Ali Al Amriki</u>
           Criminal No. 15-CR-30018-MGM

Dear Attorney Hoose:

    Enclosed please find documents numbered 1400-1405 and a table of contents organizing all discovery produced to date. The documents enclosed include mail sent by and to Mr. Ciccolo while incarcerated, search warrant materials, and a disk of subpoena returns. Please do not hesitate to call me if you have any questions.

           Very truly yours,

           CARMEN M. ORTIZ
           United States Attorney

    By:   */s/ Deepika Bains Shukla*
           Kevin O'Regan
           Deepika Bains Shukla
           Assistant United States Attorneys

Enclosures