

U.S. Department of Justice

*William D. Weinreb*
*Acting United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*  *United States Courthouse*
*Facsimile:       (413) 785-0394*  *300 State Street, Suite 230*
  *Springfield, Massachusetts 01105-2926*

February 22, 2017

FILED VIA ECF WITHOUT ENCLOSURES

<u>Via Electronic and Overnight Mail</u>
David Hoose, Esq.
Sasson, Turnbull, Ryan & Hoose
100 Main Street, 3rd Floor
Northampton, MA 01060

   Re:   <u>United States v. Alexander Ciccolo, a.k.a. Ali Al Amriki</u>
         Criminal No. 15-CR-30018-MGM

Dear Attorney Hoose:

   As a supplemental response to your January 10, 2017 discovery letter, please find enclosed a document numbered 2632 and a table of contents organizing all discovery produced to date. The document enclosed contains information related to individuals cooperating with the government.

                              Very truly yours,

                              WILLIAM D. WEINREB
                              Acting United States Attorney

                    By:    */s/ Deepika Bains Shukla*
                              Kevin O'Regan
                              Deepika Bains Shukla
                              Assistant United States Attorneys

Enclosures