

**U.S. Department of Justice**

*William D. Weinreb*
*Acting United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*  
*Facsimile:        (413) 785-0394*

*United States Courthouse*
*300 State Street, Suite 230*
*Springfield, Massachusetts 01105-2926*

March 16, 2017

FILED VIA ECF WITHOUT ENCLOSURES

<u>Via Electronic Mail</u>
David Hoose, Esq.
Sasson, Turnbull, Ryan & Hoose
100 Main Street, 3rd Floor
Northampton, MA 01060

  Re: <u>United States v. Alexander Ciccolo, a.k.a. Ali Al Amriki</u>
     Criminal No. 15-CR-30018-MGM

Dear Attorney Hoose:

  As a supplemental response to your January 10, 2017 discovery letter, please find enclosed documents numbered 3245 through 3532 and a table of contents organizing all discovery produced to date. The documents enclosed are a surveillance log and additional information regarding individuals cooperating with the government.

          Very truly yours,

          WILLIAM D. WEINREB
          Acting United States Attorney

     By: */s/ Deepika Bains Shukla*
        Kevin O'Regan
        Deepika Bains Shukla
        Assistant United States Attorneys

Enclosures