

U.S. Department of Justice

*Andrew E. Lelling*
United States Attorney
District of Massachusetts

*Main Reception: (413) 785-0235*  United States Courthouse
*Facsimile:      (413) 785-0394*  300 State Street, Suite 230
Springfield, Massachusetts 01105-2926

February 26, 2018

FILED VIA ECF WITHOUT ENCLOSURE

<u>Via Overnight Mail</u>
David Hoose, Esq.
Sasson, Turnbull, Ryan & Hoose
100 Main Street, 3rd Floor
Northampton, MA 01060

    Re:    <u>United States v. Alexander Ciccolo, a.k.a. Ali Al Amriki</u>
            Criminal No. 15-CR-30018-MGM

Dear Attorney Hoose:

    Enclosed please find a disk of jail calls labeled with Bates number 4656. I have also e-mailed you a searchable table of contents of all discovery produced to date.

                            Very truly yours,

                            ANDREW E. LELLING
                            United States Attorney

        By:    <u>*/s/ Deepika Bains Shukla*</u>
                Kevin O'Regan
                Deepika Bains Shukla
                Assistant United States Attorneys

Enclosure