

U.S. Department of Justice

*Andrew E. Lelling*
United States Attorney
District of Massachusetts

*Main Reception: (413) 785-0235*
*Facsimile: (413) 785-0394*

United States Courthouse
300 State Street, Suite 230
Springfield, Massachusetts 01105-2926

March 6, 2018

FILED VIA ECF WITHOUT ENCLOSURE

Via Electronic Mail
David Hoose, Esq.
Sasson, Turnbull, Ryan & Hoose
100 Main Street, 3rd Floor
Northampton, MA 01060

    Re:    United States v. Alexander Ciccolo, a.k.a. Ali Al Amriki
             Criminal No. 15-CR-30018-MGM

Dear Attorney Hoose:

    Enclosed please find jail mail labeled with Bates numbers 4657-4665 and a searchable table of contents of all discovery produced to date.

                        Very truly yours,

                        ANDREW E. LELLING
                        United States Attorney

       By:    */s/ Deepika Bains Shukla*
                    Kevin O'Regan
                    Deepika Bains Shukla
                  Assistant United States Attorneys

Enclosure