

**U.S. Department of Justice**

*Andrew E. Lelling*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*  *United States Courthouse*
*Facsimile:        (413) 785-0394*  *300 State Street, Suite 230*
*Springfield, Massachusetts 01105-2926*

March 8, 2018

FILED VIA ECF WITHOUT ENCLOSURE

<u>Via Electronic Mail</u>
David Hoose, Esq.
Sasson, Turnbull, Ryan & Hoose
100 Main Street, 3rd Floor
Northampton, MA 01060

    Re:    <u>United States v. Alexander Ciccolo, a.k.a. Ali Al Amriki</u>
            Criminal No. 15-CR-30018-MGM

Dear Attorney Hoose:

    Enclosed please find fingerprint documents labeled with Bates numbers 4666-4674 and a searchable table of contents of all discovery produced to date.

        Very truly yours,

        ANDREW E. LELLING
        United States Attorney

By:    */s/ Deepika Bains Shukla*
        Kevin O'Regan
        Deepika Bains Shukla
        Assistant United States Attorneys

Enclosure