UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 15-cr-30018-MGM |
| | ) | |
| ALEXANDER CICCOLO, | ) | |
| a/k/a/ Ali Al Amriki, | ) | |
| | ) | |
| Defendant | ) | |

## STIPULATION OF FACTS

The United States of America and the Defendant, Alexander Ciccolo, a.k.a. Ali Al Amriki

("Ciccolo"), pursuant to a plea agreement between the parties, stipulate that the following facts[1]

are true and accurate:

## COUNT 1: Attempted Provision of Material Support to a Foreign Terrorist Organization

1.      At all relevant times, Ciccolo was a United States citizen and his offense occurred

in the United States of America.

2.      On October 15, 2004, the United States Secretary of State designated al-Qa'ida in

Iraq, then known as Jam'at al Tawhid wa'al-Jihad, as a Foreign Terrorist Organization under

Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist

under section 1(b) of Executive Order 13224.

3.      On May 14, 2014, the Secretary of State amended the designation of al-Qa'ida in

Iraq ("AQI") as a Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration

and Nationality Act and as a Specially Designated Global Terrorist entity under section 1(b) of

---

[1] This stipulation of facts does not prevent any party from supplementing this stipulation
at the defendant's plea colloquy or at any subsequent proceedings relating to the sentencing of
the defendant with facts not contrary to those contained herein.

Executive Order 13224 to add the alias Islamic State of Iraq and the Levant ("ISIL") as its primary name. The Secretary also added the following aliases to the ISIL listing: the Islamic State of Iraq and al-Sham ("ISIS"), the Islamic State of Iraq and Syria ("ISIS"), ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media Production. Although the group has never called itself "Al-Qaeda in Iraq (AQI)," this name has frequently been used to describe it through its history. On September 21, 2015, the Secretary added the following aliases to the ISIL listing: Islamic State, ISIL, and ISIS. To date, ISIS remains a designated FTO.

4. From in our about September 2014 through July 4, 2015, Ciccolo knew that ISIS was a designated FTO.

5. From in our about September 2014 through July 4, 2015, Ciccolo knew that ISIS had engaged in and was engaging in terrorist activity and terrorism.

6. From in our about September 2014 through July 4, 2015, Ciccolo attempted to provide material support and resources to ISIS through services and personnel, including himself, by planning to kill people and damage property at a state university outside of Massachusetts (the "State University").

7. Ciccolo maintained a Facebook page using the moniker, among others, "Ali Al Amriki." Ciccolo posted information on his Facebook page stating that he wanted to be a martyr for the sake of Islam.

8. On or about October 18, 2014, Ciccolo's Facebook page included a photograph of Ciccolo in a wooded area wearing a head covering and holding a black machete, accompanied by the statement, "Another day in the forest strengthening myself."

9.      On or about October 27, 2014, Ciccolo posted a comment on Facebook to an image of a dead American soldier, stating: "Thank you Islamic State! Now we won't have to deal with these kafir back in America." "Kafir" refers to "non-believers" of Islam.

10.     On or about November 12, 2014, Ciccolo's Facebook page depicted a photograph of Dzhokhar Tsarnaev, the man convicted for the terrorist bombing of the Boston Marathon, and the words "JUSTICE FOR JAHAR KEEP THE HOPE." Ciccolo posted above the picture, "Free Jahar. Free all Muslim prisoners."

11.     Ciccolo viewed and downloaded on his and his mother's computers several videos of ISIS soldiers beheading non-believers.

12.     Ciccolo accessed and posted links to videos of ISIS soldiers beheading non-believers on Twitter.

13.     Ciccolo accessed and disseminated ISIS-related materials through his Wordpress account.

14.     Ciccolo viewed and downloaded on his and his mother's computers and on his phone: maps of the area of his planned attack on the State University, recipes for explosives and homemade bombs, including diagrams and photographs, several issues of DABIQ magazine, which is an ISIS publication, images of the ISIS flag, photographs of the ISIS leader, a speech from the ISIS spokesperson advocating for violence and jihad in the West and during Ramadan in the name of ISIS, ISIS's 2015 Mujahid Guide to Surviving in the West, and other ISIS propaganda.

15.     Ciccolo communicated with several individuals cooperating with the government ("Confidential Human Sources" or "CHSs") on social media and online messaging platforms. In these communications, Ciccolo discussed his support of ISIS, explosives, torture, and interrogation techniques and a hatred and distrust of the United States.

16.    Through online chats, Ciccolo told CHS #1 that he had a plan to engage in terrorist attacks in the name of ISIS.   Ciccolo sent CHS #1 an ISIS-created document that instructs ISIS members on how to operate and avoid detection by law enforcement in the United States and western nations. After being propositioned by Ciccolo, CHS #1 agreed to participate with Ciccolo in a plot to engage in a terrorist attack.

17.    On June 24, 2015, Ciccolo contacted and had an in-person meeting with CHS #1 in Pittsfield, Massachusetts.  During this meeting, Ciccolo spoke about his plans to travel to another state to conduct terrorist attacks on civilians, members of the U.S. military, and law enforcement personnel.  Ciccolo told CHS #1 that he and three other individuals would attack two different bars, and a police station, which he described geographically.   Ciccolo stated that two of the attackers would split up and attack the bars and the remaining two attackers would assault the police station.  Ciccolo stated that he planned to use improvised explosive devices during the attack to include pressure cooker bombs and/or portable microwave bombs.  Ciccolo stated that: "you put umh, take a pressure cooker...fill it up with ah, black powder...Yeah, you fill it up with ball bearings, nails, glass, rocks . . ."  Ciccolo also explained that the improvised explosive device would have a "built in timer" and that the device "heats itself up."

18.    On June 30, 2015, Ciccolo met with CHS #1 for a second time in Springfield, Massachusetts.   During that conversation, CHS #1 asked Ciccolo whether he had heard what happened in Tunisia. Ciccolo responded, "Awesome. Awesome, you know that ah, that brother in Tunisia was impressive ... he got like 38, 39 people ... one guy ... that is a huge accomplishment I think." Ciccolo was referencing the June 26, 2015 shooting attack at a beachside resort in Tunisia in which one person used firearms and grenades to kill 38 people.  The gunman was killed and ISIS claimed credit for the attack.  That same day, additional terrorist attacks occurred in other

4

cities in France and Kuwait, in what appeared to have been coordinated fashion. Ciccolo referenced the attack in France, saying something to the effect that "I think he cut off his boss's head [and] somehow pinned it to the gate of his work."

19.     Ciccolo continued to talk with CHS #1 about his plan to conduct a terrorist attack in another state. Ciccolo wrote out a list of items that would be needed to conduct the attack. The following items were on the list: four (4) AK-47s, two (2) sniper rifles, four (4) handguns, gelignite (which Ciccolo explained was a blasting gelatin, "a variety of dynamite"), black powder (a low explosive which Ciccolo explained could be extracted from fireworks), and improvised grenades. Ciccolo explained how he would construct the grenades, and described them essentially as pipe bombs. CHS #1 then drew a map of the United States and Ciccolo wrote on the map to show CHS #1 where the states that he was interested in were located on the map. Ciccolo also stated that he wanted to conduct an attack at the State University in that state using assault rifles and improvised explosives. Ciccolo told CHS #1 that the attack would be concentrated in the college dorms and cafeteria, to include executions of students which would be broadcast live via the internet. Ciccolo stated that he planned to rob a gun store to obtain firearms and travel out of state to purchase fireworks in order to obtain black powder needed for the attacks. Ciccolo told CHS #1 that the items obtained for the attack could be stored at Ciccolo's apartment. Ciccolo stated his apartment was safe and that there were no kids living there, and that he lived alone. Ciccolo also stated he would purchase pressure cookers to use as improvised explosive devices.

20.     During the June 30, 2015 meeting, Ciccolo also explained that he had changed his plans from targeting a police station to targeting a university because there were many more people at the university. Ciccolo said that if a student was Muslim, then he or she would be permitted to help, sit tight, or leave. Ciccolo said that he knew how to use sniper rifles, and that he had grown

up with guns. "I know what I'm doing," he explained. Ciccolo told CHS #1 that he wanted to

have "tons of ammo" for the assault rifles. Ciccolo told CHS #1 that he previously owned a .38

caliber revolver and a shotgun, but that he had since sold them. Ciccolo said that he wanted to do

it before Ramadan was over, and no later than July 31, 2015. He said that he wanted to ensure that

there were a lot of people there and that he wanted the conditions to be right where he could see it

with his own eyes. Ciccolo said that if he ended up having to make a stand, then that was okay.

He said, "We win or we die."

21.     On July 1, 2015, Ciccolo stated to CHS #1 in an online chat that he knew of another

individual who wanted to be involved in his terrorism plot.

22.     On July 2, 2015, Ciccolo told CHS #1 in an online chat: "Alhamdulillah [Arabic

phrase for praise be to god], going well. I'm gonna send you link in shaa Allah [Arabic phrase for

God willing]." Ciccolo then sent CHS #1 a hyperlink to a Facebook page.

23.     The Facebook page link that Ciccolo sent is the Facebook page for a bar located in

the state that Ciccolo had previously targeted. The Facebook page shows, among other things, a

promotion celebrating the recent U.S. Supreme Court decision upholding the right to marry a

person of the same gender.

24.     Ciccolo then wrote, "That is our target. I collected a lot of info on this place. It is

connected to the college and one of the most crowded places. It also support the faggots so even

better to destroy them bi'idhnillah [Arabic phrase for with the permission of God]." Ciccolo then

described the location of the bar, its proximity to a military base, its proximity to a state forest, the

hours of the bar, and the activities at the bar.

25.     CHS #1 inquired whether Ciccolo had acquired any explosives, and Ciccolo said

that "We are gonna need the same stuff as before." Ciccolo said that they would use two pressure

6

cooker bombs, and that the pressure cookers were not expensive, but the black powder (a low explosive) would be. Ciccolo said that the Boston Marathon bombers paid four hundred dollars for the amount of fireworks they used.

26.     Ciccolo said that he knew how to build the bombs, and other components were also necessary: "Nails and things like that. But I already have those. And I also have aerosol cans and propane tanks to maximize explosive power." When asked about the ignition of the bomb, Ciccolo said that "[t]he timer is already built in, it heats up and builds up pressure." Ciccolo said that he would handle acquisition of the ignition source.

27.     During the July 2, 2015 online chat, Ciccolo said that "The big thing is guns." CHS #1 responded that he might be able to help. Ciccolo said, "What I am gonna do is prepare fire bombs. I'll do that today. T[hey] are cheap and effective." Ciccolo again lamented that "Really need the guns though. Otherwise it's a waste of time for me to stay around here akhi [Arabic for brother]." CHS #1 said that AK-47s (a type of assault rifle) are hard to get. Ciccolo's response was, "If they are hard to get but you can get something else easier then get the easier one ... You still have the list akhi?" Ciccolo confirmed that his list for guns included four handguns and two assault rifles. Ciccolo told CHS #1, "You get the rifles. I'll get the powder. Then next time we meet I want us to have at least those two things."

28.     In a later instant messaging session on July 2, 2015, Ciccolo told CHS #1, "Things are moving right along." CHS #1 asked whether the target was the same bar Ciccolo had previously mentioned, and Ciccolo responded that it was not. He explained that the other place was a cafeteria at the college he had mentioned, but that the target place was "Very sinful and has a crowd." Ciccolo also said that it was a favorable place to get out of, suggesting that he was also

considering the escape routes. CHS #1 asked to clarify portions of their roles in the preparation for the attack, and Ciccolo said, "You get the rifles, I'll get the powder."

29.     On July 3, 2015, Ciccolo purchased a pressure cooker at the Walmart in North Adams, Massachusetts. Later that day, Ciccolo told CHS #1 on in an online chat that he had purchased a pressure cooker: "Allahu Akbar!!![Arabic phrase for God is great] ... I got the pressure cookers today. Alhamdulillah." Ciccolo also said that that he had already made ten firebombs.

30.     On July 4, 2015, Ciccolo accepted delivery from CHS #1 of four firearms that Ciccolo previously had ordered from CHS #1. Ciccolo was arrested as he was carrying the firearms towards his apartment. Ciccolo had in his wallet a Walmart receipt for the pressure cooker he purchased on July 3, 2015.

31.     FBI searched Ciccolo's home and found among other things, three partially constructed Molotov cocktails, a pressure cooker, nails, propane, and aerosol.

32.     On July 4, 2015, after Ciccolo was arrested, he waived his *Miranda* rights and spoke to FBI Special Agents for about one hour and 40 minutes. During the interview, Ciccolo made statements noting: (i) ISIS is "doing a good thing;" (ii) it is "not an atrocity" when ISIS kills people; (iii) ISIS kills women and children "if a woman or child fights;" and (iv) ISIS has "only killed people that fight them."

## COUNT 2: Attempted Use of Weapons of Mass Destruction

33.     From in our about September 2014 through July 4, 2015, Ciccolo knowingly attempted to use weapons of mass destruction ("WMDs") against people and property at the State University; Ciccolo had no lawful authority to do so.

8

34.     Ciccolo partially constructed three improvised incendiary devices ("IIDs"), or Molotov cocktails. The partially constructed IIDs consisted of glass jars with a hole punctured in the lids and containing motor oil and Styrofoam. In addition, one of the three jars contained soap. The purpose of the motor oil, Styrofoam, and soap was to make the mixture thicker so it would stick to targets' skin and burn them longer and more intensely.

35.     Ciccolo obtained a pressure cooker and nails in order to construct a pressure cooker bomb.

36.     The State University that Ciccolo attempted to attack using WMDs conducted activity in interstate and foreign commerce.

37.     Ciccolo attempted to travel in and attempted to cause another to travel in interstate and foreign commerce in furtherance of his offense, planning to travel from Massachusetts to another state to carry out an attack in the name of ISIS.

38.     Ciccolo's attempted attack on the State University with WMDs, if completed, would have affected interstate and foreign commerce.

**COUNT 3: Prohibited Person in Possession of Firearms**

39.     Ciccolo was convicted in or about February 2015 of a crime punishable by imprisonment for a term of imprisonment exceeding one year.

40.     On or about July 4, 2015, Ciccolo knowingly possessed the following firearms:

    a.   .223 Colt AR-15 rifle ("Firearm 1");

    b.   556 Sig Arms SG550 rifle ("Firearm 2");

    c.   9 mm Glock 17 handgun ("Firearm 3"); and

    d.   10 mm Glock 20 handgun ("Firearm 4").

41.     All four firearms listed above traveled in interstate commerce.  (i) Colt manufactured Firearm 1 in Connecticut; (ii)  Sig manufactured Firearm 2 in Switzerland; and (iii) Glock manufactured Firearms 3 and 4 in Austria.

## COUNT 4: Assault with a Dangerous Weapon Causing Bodily Injury

42.     On or about July 4, 2015, Ciccolo forcibly assaulted a nurse (the "Nurse") at the Franklin County Correctional Facility (the "Jail").

43.     The Nurse was a person assisting a federal officer or employee in the performance of official duties at the time of the assault.

44.     The Jail and the Nurse were assisting the FBI in temporarily housing Ciccolo after his arrest and before he could appear in Federal Court for his initial appearance.

45.     The Nurse was administering a tuberculosis test to Ciccolo as part of the Jail's routine intake procedures at the time Ciccolo attacked the Nurse.

46.     Ciccolo picked up a pen and forcefully stabbed the Nurse in the head more than ten times, leaving a bloody hole in the Nurse's skin and causing the pen to break in half.

47.     Ciccolo assaulted the Nurse intentionally.

48.     While assaulting the Nurse, Ciccolo used a deadly and dangerous weapon, namely a pen.

49.     While assaulting the Nurse, Ciccolo inflicted bodily injury.

These facts are stipulated and agreed to by:

ANDREW E. LELLING                          DEFENDANT
United States Attorney

By:

Deepika Bains Shukla                       Alexander Ciccolo, a.k.a. Ali Al
Kevin O'Regan                              Amriki
Assistant U.S. Attorneys

D. Andrew Sigler
Trial Attorney                             David Hoose, Esq.
National Security Division                 Ramzi Kassem, Esq.
United States Department of Justice        Attorneys for Defendant

11