Alexander Ciccolo
# 96722-038
F.C.I. Hazelton,
P.O. Box 5000,
Bruceton Mills,
WV  26525

RECEIVED
U.S. ATTORNEY
SPRINGFIELD MA
2019 OCT -7  P 1: 02

FILED
IN CLERKS OFFICE
2019 OCT -7  PM 1: 08
U.S. DISTRICT COURT
DISTRICT OF MASS.

Sept. 25th, 2019.
Pro Se.

Office Of The Clerk
U.S.Dist.Ct., Dist. Dist. Of Mass.
United States Courthouse
300 States Courthouse
Springfield MA, 01105

RE: **Status Inquiry**: In The Matter Of Motion Seeking Extension Of Time To File Memo Of Law In Support Of 2255 Motion & Equitable Tolling, Filed Through Third Party Without Response. I.E., U.S.A. v. Ciccolo, Case No.3:15-CR-30018-001-MGM.

Dear Clerk Of Court:

On or about Sept. 4th, 2019, A friend and fellow prisoner had filed a 2255 motion form attached to the face of a motion for extension of time to file a supporting memorandum of law because I was placed in the Segrigated Housing Unit (SHU) before it could be completed--on my behalf. I have since been released from the SHU (Sept. 17, 2019), and is simply attempting to follow-up on that 2255 motion filing. Hence, can your office please verify as to whether you have that motion docketed with the Court pending examination or review.

Your coopertaion in the foregoing will be greatly appreciated. Thank you very much.

Sincerely.

Respectfully Submitted

ALEXANDER CICCOLO #96722-038