UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. |
| | ) | 3:15CR30018-1 |
| ALEXANDER CICCOLO, | ) | |
| Defendant. | ) | |

**MOTION TO BE APPOINTED AS COUNSEL UNDER GENERAL ORDER 19-4 FOR DEFENDANT SEEKING RELIEF UNDER REHAIF v. U.S., 139 S.Ct. 2191 (2019)**

Pursuant to this Court's General Order 19-4, undersigned counsel respectfully asks to be appointed as counsel for Alexander Ciccolo, for the purpose of reviewing Mr. Ciccolo's case to determine whether Mr. Ciccolo has a colorable claim for relief under *Rehaif v. United States*, 139 S.Ct. 2191 (2019), and pursuing such relief if so.

As grounds, the Federal Defender Office has identified Mr. Ciccolo as someone who may be eligible for relief under *Rehaif*. See Gen. Order 19-4.

Mr. Ciccolo has previously been found to be indigent.

WHEREFORE, undersigned counsel respectfully asks the Court appoint her as counsel for Mr. Ciccolo.

                                              Respectfully submitted,
                                              */s/ Dana Goldblatt*

        Dana Goldblatt
        Massachusetts BBO# 601022
        The Law Office of Dana Goldblatt
        150 Main St., Ste 28
        Northampton, MA 01060
        413-570-4136
        dana@danagoldblattlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that true copies of this document will be served on the registered parties through the ECF system on this date April 28, 2020.

    */s/ Dana Goldblatt*